KATHRYN KENEALLY
Assistant Attorney General

JENNIFER D. AUCHTERLONIE (WA Bar No. 29481)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2901
Fax: (202) 307-0054
E-mail: jennifer.d.auchterlonie@usdoj.gov

MELINDA HAAG
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-6888
Fax:  (415) 436-7009
*Of Counsel*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:13-cv-05859-WHO |
| Plaintiff, ) | |
| ) | **ORDER GRANTING UNITED** |
| v. ) | **STATES' REQUEST TO** |
| ) | **RESCHEDULE CASE** |
| LUCY LAU YAU, ) | **MANAGEMENT CONFERENCE** |
| ) | |
| Defendant. ) | |
| _____) | |

Before the Court is the United States' Request to Reschedule Case Management

Conference. In consideration of the request, and for good cause shown, it is hereby

ORDERED that the United States' request is GRANTED. It is further

1     ORDERED that the Case Management Conference is continued to August 26, 2014, at

2 2:00 p.m.

3     SO ORDERED this 17th day of April, 2014.

4

5

6     HONORABLE WILLIAM H. ORRICK
    United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23