UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCY LAU YAU,<br><br>    Defendant. | Case No. 13-cv-05859-WHO<br><br>**ORDER GRANTING UNITED STATES' REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |
|---|---|

Before the Court is the United States' Request to Reschedule Case Management Conference. Dkt. No. 25. The request is GRANTED. The Case Management Conference is continued to September 15, 2015 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: May 7, 2015

WILLIAM H. ORRICK
United States District Judge