CAROLINE D. CIRAOLO
Acting Assistant Attorney General

JENNIFER D. AUCHTERLONIE (WA Bar No. 29481)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2901
Fax: (202) 307-0054
E-mail: jennifer.d.auchterlonie@usdoj.gov

MELINDA HAAG
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-6888
Fax:  (415) 436-7009
*Of Counsel*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:13-cv-05859-WHO |
| Plaintiff, ) | |
| ) | **STATEMENT IN LIEU OF JOINT** |
| v. ) | **CASE MANAGEMENT STATEMENT** |
| ) | **AND REQUEST TO STRIKE CASE** |
| LUCY LAU YAU, ) | **MANAGEMENT CONFERENCE** |
| ) | **AND ORDER** |
| Defendant. ) | |
| _____ ) | |

Plaintiff, the United States of America, by and through its undersigned counsel, hereby submits this statement in lieu of the Joint Case Management Statement that is due to be filed with the Court today, pursuant to the Standing Order for All Judges of the Northern District of

1 California dated November 1, 2014 and Civil Local Rule 16-9. The United States submits this

2 statement to inform the Court of the status of this case.

3      As alleged in the Amended Complaint, Dkt. No. 12, the United States brought this civil

4 action to collect the outstanding unpaid civil penalty assessments against Defendant Lucy Lau

5 Yau ("Defendant") for her failure to report her interest in several foreign bank or other financial

6 accounts during 2005-2008, as required by 31 U.S.C. § 5314 and the implementing regulations

7 promulgated thereunder.

8      On August 31, 2015, counsel for the United States received a check from defendant in

9 full payment of the penalties at issue in this case. As a result of the payment, counsel for the

10 United States has prepared, and defendant has signed, a stipulation of dismissal pursuant to Fed.

11 R. Civ. P. 41(a)(1)(A)(ii). Counsel for the United States anticipates filing the stipulation for

12 dismissal shortly; the only reason it has not yet been filed is because it was not clear to said

13 counsel whether the check received represented "certified funds" such that dismissal could be

14 entered immediately, or whether she should hold the dismissal until the check has been honored.

15 Out of an abundance of caution, counsel for the United States has taken the latter course of

16 action.

17      The check was deposited to the Justice Department's Nationwide Central Intake Facility

18 on September 1, 2015. Counsel for the United States anticipates that the check should be

19 honored within 7-10 days of deposit. Once that has occurred, counsel for the United States

20 anticipates filing the stipulation of dismissal.

21      Under these circumstances, it is highly likely that no action by the Court is necessary in

22 this case. As a result, the United States respectfully requests that the Court accept this statement

23 in lieu of the required Joint Case Management Statement, and strike the Case Management

Conference currently scheduled for September 15, 2015, at 2:00 p.m. Should either party require action by the Court in this case, we will notify the Court immediately.

Respectfully submitted this 8th day of September, 2015.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*s/Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
(WA Bar No. 29481)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2901
Fax: (202) 307-0054
E-mail: jennifer.d.auchterlonie@usdoj.gov

MELINDA HAAG
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-6888
Fax:  (415) 436-7009
*Of Counsel*

## ORDER

For good cause shown, it is hereby ORDERED that the Case Management Conference scheduled in this matter for September 15, 2015, at 2:00 p.m. is continued until **October 6, 2015**. It will be vacated assuming that the United States files the stipulation of dismissal discussed above.

IT IS SO ORDERED.
Dated: September 8, 2015

_____
UNITED STATES DISTRICT JUDGE