CAROLINE D. CIRAOLO
Acting Assistant Attorney General

JENNIFER D. AUCHTERLONIE (WA Bar No. 29481)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2901
Fax: (202) 307-0054
E-mail: jennifer.d.auchterlonie@usdoj.gov

MELINDA HAAG
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6888
Fax: (415) 436-7009
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 3:13-cv-05859-WHO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| LUCY LAU YAU, | |
| Defendant. | |

     The parties to the above-entitled action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-entitled case be dismissed with prejudice, with each side to bear their respective costs and fees.

| | |
|---|---|
| Dated: September 11, 2015 | *s/ Jennifer D. Auchterlonie* |
| | JENNIFER D. AUCHTERLONIE |
| | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| | |
| | Counsel for Plaintiff United States of America |
| | |
| Dated: August 30, 2015 | *s/ Lucy Lau Yau* |
| | LUCY LAU YAU |
| | |
| | Defendant |

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (s/) within this e-filed document.

*s/ Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice

Counsel for Plaintiff United States of America

### ORDER

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated: September 11, 2015

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE has been made this 11th day of September, 2015, by depositing a copy thereof in the United States mail in a postage prepaid envelope addressed to:

> Lucy Lau Yau
> 4/F Waiga Mansion
> 6 Hawthorn Road, Happy Valley
> Hong Kong
> China

*s/Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
United States Department of Justice